UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────X

BRIAN C. LONG,
as Personal Representative of BRUCE K. LONG
            Plaintiff,

            Case No.: 2:23-cv-07587 (NJC) (SIL)

       -against-

MICHAEL E. JOAQUIN
JOHN C. ROSE
FATHER AND SONS COLLECTIBLES, INC.
   (aka/dba The Family Collectables, Inc.
   Collector's Heaven,
   Collector's Haven, Inc. and
   Collectors Choice),
LEGEND COLLECTIBLES CORP.,
ELITE COLLECTIBLES NY, LLC. AND
AMERICAN SILVER & GOLD COINS, INC.

            Defendants.
───────────────────────────────────X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian C. Long, as Personal Representative of Bruce K. Long hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, AMERICAN SILVER & GOLD COINS, INC., only. Defendants have not served an answer or motion for summary judgment. This dismissal is without prejudice and without costs or fees to any party.

Dated: Thornwood, New York
      April 12, 2024

                                **LAW OFFICE OF KENNETH G. WALSH**

By:   */s/Kenneth G. Walsh*
         Kenneth G. Walsh (1654)
         59 Kensico Road, Suite 7
         Thornwood, New York 10594
         (929) 241-7307
         kwalsh@kgwalshlegal.com